# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br> v. <br><br> **Jding Properties, LLC**, a California Limited Liability Company; **Starbucks Corporation**, a Washington Corporation; and Does 1-10, <br><br> Defendants. | Case: No. 4:18-CV-03382-HSG <br><br> **ORDER GRANTING JOINT STIPULATION TO EXTEND MEDIATION DEADLINE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to complete mediation shall be extended to and include April 30, 2019.
2. All other dates that are triggered by the mediation date will be adjusted accordingly.

IT IS SO ORDERED.

Dated: February 7, 2019

*/s/ Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES MAGISTRATE JUDGE

1

ORDER Granting Joint Stipulation	Case No. 4:18-CV-03382-HSG