# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

Scott Johnson

Plaintiff (s),

V.

Jding Properties, LLC; Starbucks Corporation

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:18-cv-03382-HSG

Notice is hereby given that, subject to approval by the court, __JDING PROPERTIES, LLC__ substitutes (Party (s) Name)

__ROHIT SABNIS__, State Bar No. __221465__ as counsel of record in place
(Name of New Attorney)

place of __CATHY L. ARIAS__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | BURNHAM BROWN |
| Address: | 1901 Harrison Street, Suite 1400, Oakland, CA 94612 |
| Telephone: | (510) 444-6800        Facsimile (510) 835-6666 |
| E-Mail (Optional): | rsabnis@burnhambrown.com |

I consent to the above substitution.

Date: March 3, 2020

Jding Properties, LLC

/s/ Jding Properties, LLC
(Signature of Party (s))

I consent to being substituted.

Date: March 3, 2020

Cathy L. Arias

/s/ Cathy L. Arias
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: March 3, 2020

/s/ Rohit Sabnis
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 9/14/2020

Haywood S. Gill Jr.
Judge