UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | **Case No.** 4:18-CV-03382-HSG |
| Plaintiff, | |
| v. | ORDER TO EXTEND DATE FOR FILING DISMISSAL |
| JDING PROPERTIES, LLC, a California Limited Liability Company; STARBUCKS CORPORATION, a Washington Corporation; and Does 1-10, | |
| Defendants. | |

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file a Stipulation for Dismissal shall be extended up to and including to May 25, 2021.

**IT IS SO ORDERED.**

Dated: 4/30/2021

HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge

1

Order                                                                 4:18-CV-03382-HSG